# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:21-CR-345-ECM-SMD |
| | ) | |
| STEVEN ANTHONY JACKSON | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**MR. STEVEN ANTHONY JACKSON,** through Undersigned Counsel, Christine A. Freeman, notifies the Court of his intent to change his previously entered plea of not guilty to guilty, pursuant to a written plea agreement. Mr. Jackson waives his right to plead in front of a district judge and consents to do so before a U.S. Magistrate Judge. Mr. Jackson further waives his right to plead in person and consents to do so by video teleconference.

Because defense counsel is out of the office during this week, Mr. Jackson requests that the plea be scheduled on or after April 18, 2022.

Dated this 12th day of April 2022.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA     )

    )

    v.                  )       **CASE NO.: 1:21-CR-345-ECM-SMD**

    )

STEVEN ANTHONY JACKSON     )

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2